

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00400-CR

Jesus **MEDRANO** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0848-CR-B
Honorable Charles Ramsay, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED May 15, 2019.

_____
Patricia O. Alvarez, Justice